**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:09-CV-409-DCK**

| | | |
|---|---|---|
| **ELLEN BANK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **BARCLAYS BANK, PLC, BARCLAYS BANK** | ) | |
| **PLC GROUP MEDICAL PLAN, BARCLAYS** | ) | |
| **BANK GROUP DENTAL PLAN, PENSION/** | ) | |
| **THRIFT COMMITTEE OF BARCLAYS BANK** | ) | |
| **PLC, BARCLAYS BANK PLC U.S.A. STAFF** | ) | |
| **PENSION PLAN,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

       **THIS MATTER IS BEFORE THE COURT** *sua sponte* following notification from the mediator Gary S. Hemric dated July 30, 2010, that the parties have reached an agreement to settle this case. Both counsel and the parties are commended for their efforts to resolve this matter.

       **IT IS, THEREFORE, ORDERED** that the parties shall file all documents necessary to effectuate the settlement of this case on or before **September 4, 2010**.

       Signed: August 4, 2010

_____
David C. Keesler
United States Magistrate Judge